

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:  * CASE # 05-71866 W
 CHAPTER 13
 *
Dodds, Glenda E.

Debtor  *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided <u>returned</u> disbursement check(s) from the USPS due to incomplete address – unable to deliver or forward – box closed.

2. The balance of funds for the creditor in the amount of **$137.38** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 580710 | OSI Collection Services<br>P O Box 96070<br>Charlotte, NC 28296 | 18.18 | 7/31/09 |
| 589775 | Same As Above | 26.28 | 8/31/09 |
| --- | Balance | 92.92 | --- |

3. Your trustee's check # 704952 in the amount of $137.38 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/24/10

John P. Gustafson
Trustee in Bankruptcy